COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Alston, Chafin and Senior Judge Haley

PINPOINT CLEANING SERVICE, INC. AND
 PHOENIX INSURANCE COMPANY

MEMORANDUM OPINION[*]

v.      Record No. 0729-15-4

PER CURIAM
SEPTEMBER 15, 2015

DANIEL HENRIQUEZ

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Scott E. Snyder; The Law Offices of Mark J. Beachy, on brief), for
appellants.

(W. David Falcon, Jr.; Chasen & Boscolo, P.C., on brief), for
appellee.

Pinpoint Cleaning Service, Inc. and Phoenix Insurance Company (hereinafter

"employer") appeal a decision of the Workers' Compensation Commission finding that Daniel

Henriquez's (hereinafter "claimant") industrial accident occurred within the course of his

employment. Employer maintains that claimant was not performing a task that was incidental to

his employment at the time of his injury. We have reviewed the record and the commission's

opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated

by the commission in its final opinion. See Henriquez v. Pinpoint Cleaning Serv., Inc., JCN

No. 02000017123 (Apr. 13, 2015). We dispense with oral argument and summarily affirm

because the facts and legal contentions are adequately presented in the materials before the Court

and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

_____
[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.